**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | \* | |
| ALEXANDRIA JONES. | | |
| | \* | |
| Plaintiff, | | |
| | \* | |
| | | |
| v. | \* | |
| | | Civil Action No.    1:25-cv-1129 |
| | \* | |
| DISTRICT OF COLUMBIA | | |
| OFFICE OF UNIFIED | \* | |
| COMMUNICATION | | |
| | \* | |
| Defendant. | | |
| | \* | |

\*    \*    \*    \*    \*    \*         \*    \*    \*    \*    \*

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Alexandria Jones and Defendant District of Columbia Office of Unified Communications, by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 16(b)(4) to modify the Court's Scheduling Order to extend all case deadlines by thirty (30) days. In support of this Joint Motion, the parties state as follows:

**BACKGROUND**

1. On November 05, 2025, this Court entered a Scheduling Order establishing deadlines for discovery, expert disclosures, and other case-related matters.

2. The parties have been actively engaged in discovery and are proceeding in good faith toward resolution of this matter.

3. On December 16, 2025, Defendant's counsel contacted Plaintiff's counsel to request an extension of outstanding discovery response deadlines, including responses due December 26, 2025, noting that this deadline falls during the office closure for the holiday season and conflicts with scheduled attorney leave.

4. After conferring, the parties jointly determined that extending all case deadlines by thirty (30) days would better serve the interests of justice and allow for more complete and thorough case preparation by both sides.

### GROUNDS FOR MODIFICATION

5. The requested extension is warranted for several reasons:

**a. Holiday Season and Office Closures:** Current discovery deadlines fall during the December holiday period when courts, government offices, and law firms experience closures and reduced staffing. Defendant's Office of the Attorney General will be closed on December 26, 2025, which is currently a response deadline.

**b. Attorney Availability:** Counsel for both parties have scheduled leave during the holiday period, which impacts their availability to properly prepare discovery responses and coordinate with their clients.

**c. Adequate Time for Discovery:** The extension will allow both parties adequate time to conduct thorough fact discovery without the constraints of year-end deadlines, ultimately promoting more complete responses and more efficient case management.

**d. No Prejudice:** Neither party will be prejudiced by the requested extension. The thirty-day extension is modest and will not delay the ultimate resolution of this matter.

**e. Mutual Agreement:** Both parties have conferred in good faith and jointly request this modification. There is no opposition to this Motion.

6. The parties have made reasonable efforts to comply with the current Scheduling Order but recognize that the compressed holiday timeline creates logistical challenges that can be alleviated without prejudice to either side.

7. This Motion is made in good faith and not for purposes of delay.

**PROPOSED MODIFIED SCHEDULE**

8. The parties respectfully request that the Court modify the existing Scheduling Order as follows, extending each deadline by thirty (30) days:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Proposed Protective Orders | December 19, 2025 | January 19, 2026 |
| Rule 26(a)(1) Initial Disclosures | December 19, 2025 | January 19, 2026 |
| Joinder of Parties | January 9, 2026 | February 9, 2026 |
| Amendment to Pleadings | January 9, 2026 | February 9, 2026 |
| Fact Discovery Cutoff | February 3, 2026 | March 5, 2026 |
| Plaintiff Expert Witness Disclosures | March 3, 2026 | April 2, 2026 |

| Defendant's Expert Witness Disclosures | April 3, 2026 | May 4, 2026 |
|---|---|---|
| Expert Discovery Cutoff | May 4, 2026 | June 3, 2026 |
| Status Conference | May 19, 2026 | June 18, 2026 |

9.  All other provisions of the Scheduling Order shall remain in full force and effect.

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Civil Rule 7(m), counsel for the parties have conferred regarding this Motion. On December 16, 2025, Defendant's counsel-initiated discussions regarding an extension of discovery deadlines due to the office closure on December 26, 2025 and scheduled attorney leave during the holiday period. After conferring, the parties jointly agreed that a thirty-day extension of all deadlines was appropriate and mutually beneficial. Both parties consent to the relief requested herein.

**CONCLUSION**

For the foregoing reasons, the parties respectfully request that this Court grant this Joint Motion and enter the proposed Order attached hereto.

Date: December 16, 2025                    Respectfully submitted,

*/s/ Donald Quinn*
Donald G. Quinn [1738652]
Quinn Patton, LC
838 Ritchie Highway, Suite 4
Severna Park, MD 21146
(443)247-5444
donquinn@quinnpatton.com
*Attorney for the Plaintiff*

*-and-*

BRIAN L. SCHWALB
Assistant Attorney General for the District of
Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Jonathan Berman*
JONATHAN BERMAN [445169]
Chief, Civil Litigation Division, Section III

*/s/ Andrew B. Latham (with permission)*
ANDREW M. VANDINI [90025227]
ANDREW B. LATHAM [90000707]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 727-1038; (202) 442-9795
andrew.vandini@dc.gov
andrew.latham@dc.gov
*Counsel for Defendant District of Columbia Office*
*of United Communication*

## CERTIFICATE OF SERVICE

I HEREBY certify, on this 17th Day of December 2025, the foregoing was served by CM/EFC to all CMF users.

/s/ Donald Quinn

Donald G. Quinn