**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ALEXANDRIA JONES. | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No.1:25-cv-1129 |
| | * | |
| DISTRICT OF COLUMBIA | * | |
| OFFICE OF UNIFIED | * | |
| COMMUNICATION, | * | |
| *Defendant*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE

Please take notice that Sedinam M. Anyidoho hereby enters an appearance on behalf of

Plaintiff Alexandria Jones in the above-captioned action.

Dated: May 6, 2026

Respectfully submitted,

**QUINN PATTON, LC**
/s/ Sedinam Anyidoho
Sedinam M. Anyidoho
DC Bar # 1742047
838 Ritchie Highway, Suite 4
Severna Park, Marylan 21146
(443) 247-5444
sedinama@quinnpatton.com
*Attorney for Alexandria Jones*